NO. 07-07-0146-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



MAY 15, 2007



______________________________




DUTCH GIRL OF TEXAS, INC., ET AL, APPELLANTS



V.



HRH OF AMARILLO, APPELLEE




_________________________________



FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;



NO. 90,114-A; HONORABLE HAL MINER, JUDGE



_______________________________



Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION


 By letter dated April 17, 2007, this Court directed Appellant, Dutch Girl of Texas,
Inc., et al, to pay the required filing fee of $125 within ten days. The Court noted that
failure to do so might result in dismissal pursuant to Rule 42.3(c) of the Texas Rules of
Appellate Procedure. Unless a party is excused from paying a filing fee, the Clerk of this
Court is required to collect filing fees set by statute or the Supreme Court when an item is
presented for filing. See Tex. R. App. P. 5 and 12.1(b). Although the filing of a notice of
appeal invokes this Court's jurisdiction, if a party fails to follow the prescribed rules of
appellate procedure, the appeal may be dismissed. Tex. R. App. P. 25.1(b). 
Consequently, because the filing fee remains unpaid, we must dismiss the appeal.

 Accordingly, the appeal is dismissed for failure to comply with the Texas Rules of
Appellate Procedure and with a notice from the Clerk requiring payment of the filing fee
within ten days. Tex. R. App. P. 42.3(c).

 Patrick A. Pirtle

 Justice



Clerk of this
Court in a supplemental clerk's record by Monday, April 16, 2001.

 It is so ordered.

 Per Curiam

Do not publish.